UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

Case No.: 17-cv-61019

ARTURO RUBINSTEIN, individually,
FAB ROCK INVESTMENTS, LLC,
a Nevada limited liability company,
And OCEANSIDE MILE, LLC, a
Florida limited liability company,

                Plaintiffs,

vs.

THE KESHET INTER VIVOS TRUST,
YORAM YEHUDA, individually, SHARONA
YEHUDA, individually, et. al.

                Defendants,
_____/

### Mediator's Report

COMES NOW the undersigned mediator who reports to the court that parties in the above captioned cases physically appeared and mediated the above-captioned dispute on Monday, April 30, 2018. The mediator reports they were unable to resolve their disagreements. Accordingly, the mediator declares an *impasse*.

                Scott J. Silverman
                Mediator - JAMS
                600 Brickell Avenue, Suite 2600
                Miami, Florida 33138
                305-542-0900

Dated: Monday, April 30, 2018
Copies furnished to:
All counsel
Clerk of the Court