UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 17-CV-61019

ARTURO RUBINSTEIN, individually, FAB ROCK INVESTMENTS, LLC, a Nevada limited liability company, and OCEANSIDE MILE, LLC, a Florida limited liability company,
    Plaintiffs,
vs.
THE KESHET INTER VIVOS TRUST, YORAM YEHUDA, individually, SHARONA YEHUDA, individually, KARIN YEHUDA, individually, THE MAYO GROUP, LLC, a Florida limited liability company, MAZLIACH A/K/A "BOOBOO" GAMLIEL, individually, EYAL GAMLIEL, individually, YORAM ELIYAHU, individually, BRIDGE TO THE FUTURE, LLC, a Florida limited liability company, MIKE SEDAGHATI, individually, ORIT MAIMON, individually, STONEGATE BANK, a Florida for-profit corporation, BNH IV HM TRI, LLC, a Florida limited liability company, and 1159 HILLSBORO MILE, LLC, a Florida limited liability company,
    Defendants.
_____/

## MEDIATION REPORT

The above styled case was mediated on 7/11/2019, before **Amber E. B. McMichael** either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting was pursuant to court order.

The outcome was: an Impasse.

Comments:

Respectfully submitted,


 /s/ Amber E. B. McMichael_____
**Amber E. B. McMichael**, Mediator
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
Phone: (561) 340-3500
Fax: (561) 584-7792