# VERDICT FORM

WE, THE JURY, return the following verdict:

### Fraud as to Yoram Yehuda/Keshet

1. Did Yoram Yehuda/Keshet commit a fraud in connection with the transaction in which Plaintiff, Fab Rock, obtained a 50.5% membership interest in Oceanside, which resulted in damages to Plaintiffs Rubinstein and/or Fab Rock?

    Yes _____     No __✓__

    *Please answer Question 2.*

### Fraud as to Sharona Yehuda/Keshet

2. Did Sharona Yehuda/Keshet commit a fraud in connection with the transaction in which Plaintiff, Fab Rock, obtained a 50.5% membership interest in Oceanside, which resulted in damages to Plaintiffs Rubinstein and/or Fab Rock?

    Yes __✓__     No _____

    *Please answer Question 3.*

### Conversion as to Yoram Yehuda/Keshet

3. Did Yoram Yehuda/Keshet unlawfully convert Fab Rock's interest in Oceanside or share of Oceanside's assets, which resulted in damages to Plaintiffs Rubinstein and/or Fab Rock?

    Yes __✓__     No _____

    *Please answer Question 4.*

**Conversion as to Sharona Yehuda/Keshet**

4.  Did Sharona Yehuda/Keshet unlawfully convert Fab Rock's interest in Oceanside or share of Oceanside's assets, which resulted in damages to Plaintiffs Rubinstein and/or Fab Rock?

    Yes ✓    No ____

    *If you answered "No" to Questions 1, 2, 3, and 4, your verdict is for the Defendants, and you should date and sign the verdict form.*

    *If you answered "Yes" to Questions 1, 2, 3 or 4, please answer Question 5.*

**Compensatory Damages**

5.  What is the amount of damages Rubinstein and Fab Rock are entitled to recover from Defendants?

    $ 1,500,000

    *Please answer Question 6.*

**Defendants' Failure to Mitigate Affirmative Defense**

*If you have awarded damages to the Plaintiffs on any of the above claims, you must consider the Defendants' Failure to Mitigate Affirmative Defense.*

6.  Did Plaintiffs Rubinstein and Fab Rock fail to act on the knowledge that Defendants Yoram Yehuda, Sharona Yehuda, and Keshet were asserting a contrary claim of ownership in Oceanside such that they failed to mitigate their damages by taking actions reasonably available to them?

    Yes ✓    No ____

    *If you answered "No" to Question 6, please answer Question 8.*

2

*If you answered "Yes" to Question 6, please answer Question 7.*

7.  What is the amount that Plaintiffs' damages should be reduced by for Plaintiffs' failure to act on the knowledge that Defendants were asserting a contrary claim of ownership?

    $ 500,000

    *Please answer Question 8.*

**Defendants' Unjust Enrichment Affirmative Defense**

*If you have awarded damages to the Plaintiffs on any of the above claims, you must consider the Defendants' Unjust Enrichment Affirmative Defense.*

8.  Do you find that Plaintiffs Rubinstein and Fab Rock were unjustly enriched by the monetary contributions to Oceanside made by Defendants Yoram Yehuda, Sharona Yehuda, and Keshet?

    Yes _____    No ✓

    *If you answered "No" to Question 8, please answer Question 10.*

    *If you answered "Yes" to Question 8, please answer Question 9.*

9.  What amount should Plaintiffs' damages award be reduced by on this defense?

    $ _____

## Punitive Damages

10. Are Rubinstein and Fab Rock entitled to an award of punitive damages based on Defendants' actions?

    Yes ✓    No ___

    *If you answered "No" to Question 10, you should date and sign the verdict form.*

    *If you answered "Yes" to Question 10, please answer Question 11.*

11. What is the amount of punitive damages Rubinstein and Fab Rock are entitled to recover from Defendants for this cause of action?

    $ 2,500,000

    *Please sign and date the verdict form.*

    SO SAY WE ALL this 15 day of August, 2019.

    _____
    Foreperson

4