UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-61019-cv-KMW

ARTURO RUBINSTEIN, et al.,

    Plaintiffs,

v.

THE KESHET INTER VIVOS TRUST, et al.,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial. The jury having rendered its verdict (DE 485), it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiffs, Arturo Rubinstein and Fab Rock Investments, LLC, and against Defendants, Yoram Yehuda, Sharona Yehuda, and The Keshet Inter Vivos Trust, in the amount of $1,000,000 in compensatory damages and $2,500,000 in punitive damages, resulting in a total recovery of **$3,500,000**.

2. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Federal Rule of Civil Procedure 69(a).

3. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, this matter is **REFERRED** to Magistrate Judge Edwin G. Torres for all appropriate post-judgment action.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27 day of August, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE