UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:17-cv-61019-Williams

ARTURO RUBINSTEIN, individually, FAB ROCK INVESTMENTS, LLC, a Nevada limited liability company, and OCEANSIDE MILE, LLC, a Florida limited liability company,

    Plaintiffs,

v.

THE KESHET INTER VIVOS TRUST, YORAM YEHUDA, individually, SHARONA YEHUDA, individual, KARIN YEHUDA, individually, THE MAYO GROUP, LLC, a Florida limited liability company, MAZLIACH GAMLIEL, individually, EYAL GAMLIEL, individually, YORAM ELIYAHU, individually, BRIDGE TO THE FUTURE, LLC, a Florida limited liability company, MIKE SEDAGHATI, individually, ORIT MAIMON, individually, STONEGATE BANK, a Florida corporation, BNH IV HM TRI, LLC, a Florida limited liability company, and 1159 HILLSBORO MILE, LLC, a Florida limited liability company,

    Defendants.
_____/

## **FINAL JUDGMENT IN FAVOR OF DEFENDANT KARIN YEHUDA**

**THIS MATTER** is before the Court on the Motion for Summary Judgment by the Defendants The Mayo Group, LLC, Mazliach Gamliel, Yoram Eliyahu, Mike Sedaghati, Bridge to the Future, LLC, Orit Maimon and Karin Yehuda (DE 268). The Court, having rendered its Order Granting in Part and Denying in Part Minority Members Defendants' Motion for Summary Judgment (DE 418), **ORDERS AND ADJUDGES** as follows:

Karin Yehuda's unopposed motion for final judgment (DE 507) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58, judgment is **entered** in favor of Defendant Karin Yehuda, and against Plaintiffs Arturo Rubinstein and Fab Rock Investments, LLC ("Plaintiffs"), as to Plaintiffs' claim for conversion, Count X of Plaintiffs' Second Amended Complaint (DE 149).  Plaintiffs shall take nothing from this claim.

**DONE AND ORDERED** in Miami, Florida this 25th day of September, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE