UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARTURO RUBINSTEIN, et al.,

       Plaintiffs,                           Case No.: 0:17-CV-61019-KMW

v.

THE KESHET INTER VIVOS TRUST, et al.,

       Defendants.

_____/

## **AMENDED NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), notice is given that Defendants Yoram Yehuda, Sharona Yehuda, and The Keshet Inter Vivos Trust, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgement, dated August 27, 2019 (DE 497), the Order Adopting the Report and Recommendations, dated January 24, 2020 (DE 531), the Order Denying Motion to Alter or Amend the Final Judgment, dated February 27, 2020 (DE 536), and the Order Granting in Part and Denying in Part Plaintiffs Motion to Amend the Final Judgment, dated February 27, 2020 (DE 537).

Dated: March 26, 2020

                                            THE BROWNLEE LAW FIRM, P.A.
                                            */s/ Michael M. Brownlee*
                                            MICHAEL M. BROWNLEE, B.C.S.
                                            Florida Bar Number: 068332
                                            390 N. Orange Avenue, Ste. 2200
                                            Orlando, FL  32802-3753
                                            Phone: 407-403-5886
                                            mbrownlee@brownleelawfirmpa.com
                                            *Counsel for Yoram & Sharona Yehuda*
                                            *and The Keshet Inter Vivos Trust*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ Michael M. Brownlee*
                                                Michael M. Brownlee, B.C.S.