**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 17-61019-CIV-WILLIAMS**

ARTURO RUBINSTEIN, *et al.*,

     Plaintiffs,

vs.

THE KESHET INTER VIVOS TRUST, *et al.*,

     Defendants.

_____/

## ORDER

     **THIS MATTER** is before the Court on the prior order granting in part Plaintiffs'
motion for prejudgment interest (DE 537) and Plaintiffs' proposed order setting forth the
prejudgment interest amount as required by the Court (DE 539).  Defendants did not file
any response in objection to Plaintiffs' proposed prejudgment interest amount.
Accordingly, upon a review of the record and Plaintiffs' notice, it is **ORDERED** that
Plaintiffs are awarded prejudgment interest on their compensatory damages in the
amount of **$2,411.23**.

     **DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of April, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1