UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-61019

ARTURO RUBINSTEIN, individually,
FAB ROCK INVESTMENTS, LLC,
a Nevada limited liability company,
and OCEANSIDE MILE, LLC, a
Florida limited liability company

    Plaintiffs,
v.

THE KESHET INTER VIVOS TRUST,
YORAM YEHUDA, individually,
SHARONA YEHUDA, individually,
KARIN YEHUDA, individually, THE
MAYO GROUP, LLC, a Florida limited
liability company, MAZLIACH A/K/A
"BOOBOO" GAMLIEL, individually,
EYAL GAMLIEL, individually, YORAM
ELIYAHU, individually, BRIDGE TO
THE FUTURE, LLC, a Florida limited
liability company, MIKE SEDAGHATI,
individually, ORIT MAIMON, individually,
STONEGATE BANK, a Florida for-profit
corporation, BNH IV HM TRI, LLC, a
Florida limited liability company, and 1159
HILLSBORO MILE, LLC, a Florida limited
liability company,

    Defendants.
_____/

## PATRIAL SATISFACTION OF JUDGMENT

**KNOWN BY ALL THESE PRESENTS:** The undersigned, attorney for Plaintiffs, ARTURO RUBINSTEIN, individually, FAB ROCK INVESTMENTS, LLC, a Nevada limited liability company, and OCEANSIDE MILE, LLC, a Florida limited liability company, the owner and holder of the Final Judgment (docket entry #497) rendered on or about August 27, 2019, in

Case No. 17-cv-61019

the amount of $3,500,000.00, inclusive of costs, against Defendants, THE KESHET INTER VIVOS TRUST, YORAM YEHUDA, individually, SHARONA YEHUDA, individually, said Judgment being duly recorded in minutes of said Court and a copy thereof having been recorded in Official Records Book of the public records of Palm Beach County, Florida does hereby acknowledge that the Final Judgment, including interest and costs, has been partially satisfied through an offset of a California Judgment *(Superior Court of the State of California, Case No. BC 686380; Arturo Rubinstein and FAB Investments, LLC v. Sharona Yehuda, as the Trustee of the Kesher Inter Vivos Trust)* and that the amount owing under the Florida Judgment shall be reduced by $65,299.16.

DATED: 2/3/2021

COLE, SCOTT & KISSANE, P.A.
Attorneys for Plaintiffs
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: 561-383-9200
Facsimile: 561- 683-8977

By: /s/ Barry A. Postman
 BARRY A. POSTMAN
 FBN: 991856
 E-Mail: barry.postman@csklegal.com

-and-

TESSER GROSSMAN LLP
11990 San Vicente Blvd., Suite 300
Los Angeles, CA  90049
Telephone: 310-207-4558
Facsimile:  424-256-2689

By: /s/ Brian M. Grossman
 BRIAN M. GROSSMAN
 *Pro Hac Vice*
 California Bar No. 166681
 Email: Brian@tessergrossman.com

*Attorneys for Arturo Rubinstein, Fab Rock Investments, LLC, and Oceanside Mile, LLC*